UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:11-CV-333

STERMON, LLC                                                           PLAINTIFF

v.                          **AMENDED COMPLAINT**

AMIT PATEL,

    Serve:       Steven C. Coffaro
                       Keating Muething & Klekamp PLL
                       One East Fourth Street
                       Suite 1400
                       Cincinnati, OH  45202

PRATIK PATEL, and

    Serve:       703 Old Fields Arch
                       Chesapeake, VA 23320-0719

E PETROLEUM 1, LLC                                   DEFENDANTS

    Serve:       Steven C. Coffaro
                       Keating Muething & Klekamp PLL
                       One East Fourth Street
                       Suite 1400
                       Cincinnati, OH  45202

\* \* \* \* \*        \* \* \* \* \*        \* \* \* \* \*

Comes the Plaintiff, Stermon, LLC ("Stermon"), by counsel, and for its Amended Complaint against Amit Patel ("Amit"), Pratik Patel ("Pratik"), and E Petroleum 1, LLC ("E Petroleum 1"), (collectively "Defendants"), states as follows.

1

## PARTIES

1. Stermon is a limited liability company organized under the laws of the Commonwealth of Kentucky with its principal place of business at The Mueller Building, 718 West Main Street, Suite 202, Louisville, Kentucky 40202.

2. Upon information and belief, Amit and Pratik are individuals formerly doing business in Mt. Sterling, Clark County, Kentucky.

3. Upon information and belief, E Petroleum 1 is a limited liability company organized under the laws of the Commonwealth of Kentucky with its principal place of business at 1104 Camargo Road, Mount Sterling, Kentucky 40353.

4. This suit arises from a lease of real property located at 1104 Camargo Road, Mt. Sterling, Kentucky, thus venue is proper in Mt. Sterling, Montgomery County, Kentucky.

## STATEMENT OF FACTS

5. Stermon adopts and incorporates by reference each allegation contained in the paragraphs set forth above, as if fully set out at length herein.

6. In or about March, 2011, Stermon and Defendants entered into a Triple Net Commercial Lease Agreement ("Lease"), attached to Stermon's Verified Complaint in this action as Exhibit A, adopted and incorporated by reference as if set out at length herein, wherein Defendants agreed to lease from Stermon the premises operated as a convenience store and gas station located at 1104 Camargo Road, Mt. Sterling, Kentucky and consisting of all improvements, easements, rights, fixtures and appurtenances ("Premises") for a period of five (5) years ending March 31, 2016. Defendants agreed to make three (3) initial rental payments of $24,634.00 each for a total of $73,902.00, followed by the base rent amount of $127,660.80 per year to be paid in monthly installments over

the term of the Lease.  Total rent for lease of the Premises for the initial five (5) year term was $712,206.00.

7. Pursuant to paragraph 3 of the Lease, Defendants agreed to pay taxes, maintenance, insurance, utilities, and certain other amounts as additional rent.

8. Pursuant to paragraph 4 of the Lease, Defendants agreed to pay interest and late charges on all arrearages of rent.

9. Stermon has complied with any and all conditions precedent set forth in the Lease.

## COUNT ONE – BREACH OF CONTRACT

10. Stermon adopts and incorporates by reference each allegation contained in the paragraphs set forth above, as if fully set out at length herein.

11. That Defendants leased the Premises and agreed to pay rent and other fees as set forth above, pursuant to the Lease.

12. That Defendants have breached the Lease by failing to pay pursuant to its terms.

13. That as a result of said breach, Stermon has been damaged in the amount of $712,206.00 plus an undetermined amount for taxes, maintenance, insurance, utilities, interest and late charges, less and undetermined amount received as set-off from current lease of the Premises.

WHEREFORE, Stermon demands the following:

(1) Judgment against Amit, Pratik, and E Petroleum 1, jointly and severally, in the amount of $712,206.00, plus an undetermined amount for taxes, maintenance, insurance, utilities, interest and late charges, plus prejudgment interest and post judgment interest, less and undetermined amount received as set-off from current lease of the Premises;

(2) Costs incurred, including but not limited to reasonable attorney's fees;

(3) Trial by jury; and

(4) Any and all other relief to which Stermon may be entitled.

Respectfully submitted,

JOHNSON & REPASKY, PLLC

/s/ Karen W. Irving
RICHARD P. JOHNSON
KAREN W. IRVING
535 Wellington Way, Suite 380
Lexington, KY  40503
Telephone:  (859) 252-0093
Fax:  (859) 252-2277
rjohnson@lexlaw.us
kirving@lexlaw.us